**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Crook,<br><br>               Plaintiff,<br><br>   v.<br><br>Rite Aid Corp., et al.,<br><br>              Defendants. | CV 13-6381 PA (JCx)<br><br>JUDGMENT |

      Pursuant to the Court's Minute Order of January 7, 2015 granting defendant's Motion for Summary Judgment,

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Thrifty Payless, Inc., d/b/a Rite Aid ("Defendant") shall have judgment in its favor against plaintiff Christine Crook ("Plaintiff") on Plaintiff's claims for disability discrimination, failure to provide reasonable accommodation as required by California Government Code § 12940(m), failure to engage in the interactive process required by California Government Code § 12940(n), and retaliation.

. . . .

. . . .

. . . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall
2 take nothing on its Complaint and that Defendant shall have its costs of suit.
3    IT IS SO ORDERED.
4 DATED: January 7, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE